UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| PHILLIP B. ASHDOWN, | ) | 3:11-CV-0863-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 11, 2012 |
| | ) | |
| C/O HYATT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the Court are plaintiff's motions for leave to file a second amended complaint (#11), for extension of the copywork limit (#12), and for legal supplies (#13). This case is **STAYED** until August 15, 2012 to allow the plaintiff and defendants an opportunity to discuss settlement before the filing fee is assessed (#9). The Court found the parties will benefit from informal discussions in an effort to settle this case and encouraged the parties to engage in such discussions (#10). During this ninety-day stay period, no other pleadings or papers shall be filed in this case, and the parties shall not engage in any discovery (#9). Therefore, plaintiff's motions (#s 11, 12, & 13) are **DENIED without prejudice** with leave to renew after the stay has expired.

   IT IS SO ORDERED.

                                        LANCE S. WILSON, CLERK

                              By:              /s/
                                        Deputy Clerk